# United States Court of Appeals for the Federal Circuit

---

**NIMBELINK CORP.,**
*Plaintiff-Appellant*

**v.**

**DIGI INTERNATIONAL INC.,**
*Defendant-Appellee*

---

2024-2292

---

Appeal from the United States District Court for the District of Minnesota in No. 0:22-cv-02345-NEB-DJF, Judge Nancy E. Brasel.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, REVERSED-IN-PARTAND REMANDED**

FOR THE COURT

February 23, 2026
Date

Jarrett B. Perlow
Clerk of Court